UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                                )
                                      )    Case No.: 15-41619-399
                                      )
DIANE M. FITZGERALD,                  )    Chapter 13
                                      )    RE:  mtn 8
                                      )
        Debtor(s)/Movant(s).          )    SCHEDULING ORDER

On March 10, 2015, the Debtor filed this Chapter 13 Proceeding. Upon Debtor's Motion for an Order Extending the Automatic Stay filed in this case on the 6th day from the date of filing the petition, and upon careful review of the record in this case, it is hereby

**ORDERED** that the <u>automatic stay set out in 11 U.S.C. § 362(a) shall continue in full force and effect in this case as to all creditors</u>, until or unless modified by this Court after proper notice and hearing. It is further

**ORDERED** that the hearing on the Motion to Extend Stay (mtn 9) be and is hereby **set on May 6, 2015,** at **10:00 a.m.**, in the United States Bankruptcy Court, United States Courthouse, Thomas Eagleton Federal Building, **5th Floor, North Courtroom**, 111 S. 10th Street, St. Louis, Missouri 63102. **<u>No further continuances or extension shall be granted absent the most extenuating of circumstances.</u>**

DATED:  Mar 17, 2015
St. Louis, Missouri
wma

Barry S. Schermer
United States Bankruptcy Judge

Copies mailed to:

Sean C. Paul
The Law Offices of Sean C. Paul, PC
8917 Gravois Rd / 2nd Floor
St. Louis, MO 63123
ATTORNEY FOR DEBTOR

Diane M Fitzgerald
8910 Blackpool Dr.
St Louis, MO 63123
DEBTOR

John V. LaBarge, Jr.
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143

Office of U.S. Trustee
111 South Tenth Street
Suite 6353
St. Louis, MO 63102

ALL CREDITORS AND PARTIES IN INTEREST LISTED ON THE MAILING MATRIX.

United States Bankruptcy Court
Eastern District of Missouri

In re:                                                                  Case No. 15-41619-bss
Diane M Fitzgerald                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0865-4          User: neld              Page 1 of 1              Date Rcvd: Mar 17, 2015
                              Form ID: pdfo2          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2015.
db              +Diane M Fitzgerald,    8910 Blackpool Dr.,   St Louis, MO 63123-6408
10258905        +Kozeny & McCubbin LC,    12400 Olive Blvd., Ste 555,   Creve Coeur, MO 63141-5460
10258907         Ocwen Loan Servicing L,    16661 Worthington Rd Ste 100,   Royal Palm Beach, FL 33411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10258906        +E-mail/Text: ecfnotices@dor.mo.gov Mar 18 2015 00:32:23    Missouri Department of Revenue,
                  P.O. Box 475,   Jefferson City, MO 65105-0475
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2015 at the address(es) listed below:
              John V. LaBarge, Jr    standing_trustee@ch13stl.com,   trust33@ch13stl.com
              Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
              Sean C. Paul    on behalf of Debtor Diane M Fitzgerald scp@pklawonline.com,
               mgk@pklawonline.com;courtnotice@pklawonline.com
                                                                                              TOTAL: 3