UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

In re: **Debtor(s):**
Diane M Fitzgerald − See below for reported alias information. xxx−xx−3626
− See below for reported alias information.

**Case No.:** 15−41619 −A399

**CHAPTER   13**

### Notice of Requirement to File Financial Management Course Certificate

To be eligible to receive a discharge under Chapter 7 (11 U.S.C. § 727(a)(11)) or under Chapter 13 (11 U.S.C. § 1328(g)), the Debtor must complete an instructional course concerning personal financial management as described in 11 U.S.C. § 111.

The Debtor(s) and/or Debtor(s)' attorney is/are hereby notified that pursuant to Federal Rule of Bankruptcy Procedure 1007 the Debtor(s) must file a Financial Management Course Certificate (Official Form 23) unless an approved provider of an instructional course concerning personal financial management has notified the Court that the Debtor(s) has/have completed the course after filing the petition. This certificate must be filed within 60 days after the first date set for the meeting of creditors in a Chapter 7 case, and no later than the last payment made by the debtor under a plan in a Chapter 13 case. If the course provider has not notified the Court of course completion, the Debtor(s) must file the certificate by the time the case is eligible for discharge, or the case will be closed without a discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to file the Financial Management Course Certificate, the debtor(s) must pay the full reopening fee due for filing the motion.

The Court <u>will not</u> notify debtors whether course providers have filed the certificate of course completion. Debtors must monitor this status themselves.

FOR THE COURT:

/s/Dana C. McWay
Clerk of Court

Dated: 4/27/15

**Reported Alias Information:**
Diane M Fitzgerald −
−
Rev 12/13 rfncrt60

United States Bankruptcy Court
Eastern District of Missouri

In re:                                                                    Case No. 15-41619-bss
Diane M Fitzgerald                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0865-4          User: admin              Page 1 of 1              Date Rcvd: Apr 27, 2015
                              Form ID: rfncrt60        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2015.
db            +Diane M Fitzgerald,    8910 Blackpool Dr.,    St Louis, MO 63123-6408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2015 at the address(es) listed below:
              John V. LaBarge, Jr    standing_trustee@ch13stl.com,   trust33@ch13stl.com
              Kerry Christine Feld    on behalf of Creditor    US Bank NA edmo@km-law.com
              Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
              Sean C. Paul    on behalf of Debtor Diane M Fitzgerald scp@pklawonline.com,
               mgk@pklawonline.com;courtnotice@pklawonline.com
                                                                                             TOTAL: 4